# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Jerry Holman,

     Petitioner,

v.

Calvin Johnson, et al.,

     Respondents.

Case No.: 2:21-cv-00266-APG-NJK

**Order Granting Motion for Enlargement of Time**

[ECF No. 11]

Respondents having filed a motion for enlargement of time (first request) (ECF No. 11), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 11) is **GRANTED**. Respondents will have up to and including September 10, 2021, to file an answer or other response to the amended petition (ECF No. 9).

DATED: July 16, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE