# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jerry Holman,<br><br>    Petitioner,<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>    Respondents. | Case No.: 2:21-cv-00266-APG-NJK<br><br>**Order Granting Motion for Enlargement of Time**<br><br>[ECF No. 13] |

Respondents having filed a motion for enlargement of time (second request) (ECF No. 13), and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (second request) (ECF No. 13) is **GRANTED**. Respondents will have up to and including October 25, 2021, to file an answer or other response to the amended petition (ECF No. 9).

DATED: September 10, 2021

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE