# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Jerry Holman,

    Petitioner,

v.

Calvin Johnson, et al.,

    Respondents.

Case No.: 2:21-cv-00266-APG-NJK

**Order Granting Motion for Enlargement of Time**

[ECF No. 16]

Respondents having filed a motion for enlargement of time (third request),[1] and good cause appearing;

IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (third request) (ECF No. 16) is **GRANTED**. Respondents will have up to and including November 9, 2021, to file an answer or other response to the amended petition (ECF No. 9).

DATED: October 25, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 16.