**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jerry Holman, | Case No.: 2:21-cv-00266-APG-NJK |
| Petitioner, | **Order Denying as Moot Motion for Reconsideration and for Leave to Amend** |
| v. | [ECF No. 31] |
| Calvin Johnson, et al., | |
| Respondents. | |

Petitioner Jerry Holman has filed a motion for reconsideration of court's March 01, 2021 order (ECF No. 3 and 4) and to vacate order; and leave to amend petition.[1] This is the same document that Holman filed on March 8, 2021,[2] which I granted.[3] The current motion is moot because I already have granted Holman the relief he seeks.

IT IS THEREFORE ORDERED that petitioner's motion for reconsideration of court's March 01, 2021 order (ECF No. 3 and 4) and to vacate order; and leave to amend petition (ECF No. 31) is **DENIED** as moot.

DATED: December 9, 2021

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 31.

[2] ECF No. 6, ECF No. 7.  Then, the clerk of the court docketed the document as a motion for reconsideration and a motion for leave to amend.

[3] ECF No. 8.