**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JERRY HOLMAN, | Case No.: 2:21-cv-00266-APG-NJK |
| Petitioner | **Order Granting Motion for Extension of Time to File Second-Amended Petition** |
| v. | [ECF No. 36] |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

Petitioner Jerry Holman moves for an extension of time to file a second-amended petition. ECF No. 36. The motion is supported by good cause.

I ORDER that the petitioner's unopposed motion for extension of time to file a second-amended petition **(ECF No. 36) is GRANTED**. The deadline to file the petition is extended to **January 19, 2023.**

Dated: October 24, 2022

_____
U.S. District Judge Andrew P. Gordon