# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JERRY HOLMAN,<br><br>    Petitioner<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>    Respondents. | Case No.: 2:21-cv-00266-APG-NJK<br><br>**Order Granting Extension of Time to File Second-Amended Petition to April 19, 2023**<br><br>**(ECF No. 38)** |

    28 U.S.C. § 2254 habeas corpus petitioner Jerry Holman moves for an extension of time to file a second-amended petition. (ECF No. 38.) His counsel, the Federal Public Defender, explains that he and the FPD investigator assigned to the case need more time, including to interview numerous witnesses. Good cause appearing,

    I ORDER that petitioner's unopposed second motion for extension of time to file a second-amended petition (ECF No. 38) is GRANTED. **The deadline to file the petition is extended to April 19, 2023.**

Dated: January 19, 2023

_____
U.S. District Judge Andrew P. Gordon