# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JERRY HOLMAN,

    Petitioner

v.

CALVIN JOHNSON, et al.,

    Respondents.

Case No.: 2:21-cv-00266-APG-NJK

**Order Granting Extension of Time to File Second-Amended Petition to June 28, 2023**

**(ECF No. 40)**

    28 U.S.C. § 2254 habeas corpus petitioner Jerry Holman moves for an extension of time to file a second-amended petition. (ECF No. 40.) His counsel, the Federal Public Defender, states that he and the FPD investigator assigned to the case need more time to complete their investigation and assess the potential legal claims.[1] Good cause appearing,

    I ORDER that petitioner's unopposed third motion for extension of time to file a second-amended petition **(ECF No. 40) is GRANTED**. **The deadline to file the petition is extended to June 28, 2023.**

Dated: April 19, 2023

_____
U.S. District Judge Andrew P. Gordon

---

[1] Counsel notes that Holman was only 24 years-old when he was sentenced to life without the possibility of parole.