# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jerry Holman,<br><br>    Petitioner<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>    Respondents | Case No.: 2:21-cv-00266-APG-NJK<br><br>**Order Granting Extension of Time to File Second-Amended Petition to July 28, 2023**<br><br>[ECF No. 42] |

28 U.S.C. § 2254 habeas corpus petitioner Jerry Holman moves for an extension of time to file a second-amended petition. ECF No. 42. His counsel, the Federal Public Defender, states that the FPD investigator assigned to the case needs more time to complete the investigation and that counsel and the investigator were only able to meet recently with Holman.[1] Good cause appearing,

I ORDER that petitioner's unopposed fourth motion for extension of time to file a second-amended petition **(ECF No. 42) is GRANTED**. **The deadline to file the petition is extended to July 28, 2023.**

DATED this 5th day of July, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] Counsel notes that Holman was only 24 years-old when he was sentenced to life without the possibility of parole.