# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jerry Holman,<br><br>    Petitioner<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>    Respondents | Case No.: 2:21-cv-00266-APG-NJK<br><br>**Order Granting Extension of Time to File Reply in Support of Motion to Dismiss to January 26, 2024**<br><br>[ECF No. 49] |

Respondents ask for an extension of time to file a reply in support of their motion to dismiss Jerry Holman's 28 U.S.C. § 2254 habeas corpus petition. ECF No. 49. Good cause appearing,

I ORDER that respondents' unopposed motion for extension of time to file a reply in support of their motion to dismiss **[ECF No. 49] is GRANTED** *nunc pro tunc*. **The deadline to file the reply is extended to January 26, 2024.**

DATED this 28th day of November, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE