# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jerry Holman,<br><br>    Petitioner<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>    Respondents | Case No.: 2:21-cv-00266-APG-NJK<br><br>**Order Granting Extension of Time to Answer Petition to December 13, 2024**<br><br>[ECF No. 58] |

Respondents ask for an extension of time to file their answer to Jerry Holman's 28 U.S.C. § 2254 habeas corpus petition. ECF No. 58. Good cause appearing,

I ORDER that respondents' unopposed motion for extension of time to file an answer to the petition **[ECF No. 58] is GRANTED** *nunc pro tunc.* **The deadline to answer is extended to December 13, 2024.**

DATED this 18th day of November, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE