# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jerry Holman, | Case No.: 2:21-cv-00266-APG-NJK |
| Petitioner | **Order Granting Extension of Time to Reply to Answer to Petition to June 27, 2025** |
| v. | |
| Calvin Johnson, et al., | [ECF No. 63] |
| Respondents | |

The Federal Public Defender, counsel for petitioner Jerry Holman, asks the court for an extension of time to file a reply in support of his 28 U.S.C. § 2254 habeas corpus petition. ECF No. 63. Good cause appearing,

I ORDER that the petitioner's motion for extension of time to file a reply in support of the petition **[ECF No. 63] is GRANTED** *nunc pro tunc.* **The deadline to reply is extended to June 27, 2025.**

DATED this 29th day of April, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE