# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jerry Holman,<br><br>     Petitioner<br><br>v.<br><br>Calvin Johnson, et al.,<br><br>     Respondents | Case No.: 2:21-cv-00266-APG-NJK<br><br>**Order Granting Extension of Time to Reply to Answer to Petition to August 26, 2025**<br><br>[ECF No. 65] |

The Federal Public Defender, counsel for petitioner Jerry Holman, asks the court for an extension of time to file a reply in support of his 28 U.S.C. § 2254 habeas corpus petition. ECF No. 65.  Good cause appearing,

I ORDER that the petitioner's motion for extension of time to file a reply in support of the petition **[ECF No. 65] is GRANTED** *nunc pro tunc.*  **The deadline is extended to August 26, 2025.**

DATED this 27th day of June, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE